## **INDEX OF EXHIBITS**

1. Independent Sales Representative Agreement

2. Notice of Termination