# EXHIBIT 2




*"Creating trusting partnerships,
providing quality and value to your customers"*

www.fmtool.com

163 Pioneer Drive, Leominster, MA 01453

Office | 978 840-1897
Fax | 978 840-9578
Toll Free | 1 800 883-1673

www.BellaStorageSolution.com

August 7, 2015

Dan Eiden
Dan Eiden, Inc.
1735 Woodman Court
Howell, MI  48843

    Re:    Notice of Termination of Letter Agreement

Dear Dan:

This letter shall constitute F&M Tool & Plastics' notice of termination of its June 27, 2013 Letter Agreement with Dan Eiden, Inc.  In accordance with Section 5 of the Letter Agreement, the termination shall be effective on September 7, 2015.

Between today's date and September 6th, you are to have no communication, either directly or indirectly, with any F&M accounts.  You will, however, be paid all commissions in accordance with the Letter Agreement between now and September 7th.

Further, the August 5, 2015 proposed Revised Amendment to the June 27, 2013 Letter Agreement and any and all prior proposals to revise the June 27, 2013 are hereby rescinded.

I remind you of your ongoing Nondisclosure and Nonsolicitation obligations under the June 27, 2013 Letter Agreement.

Sincerely,

Marie-Eve Quimper


cc:    Mark Gasbarro, President