UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dan Eiden, Inc.,

                Plaintiff(s),

v.                                   Case No. 2:15−cv−14053−BAF−MJH
                                        Hon. Bernard A. Friedman

F&M Tool & Plastics, Inc.,

                Defendant(s),

## ORDER TO SHOW CAUSE

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/12/2016, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.


                                          s/Bernard A. Friedman
                                          Bernard A. Friedman
                                          U.S. District Judge


## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                       By: s/C. Mullins
                                            Case Manager

Dated:   December 29, 2015