# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**DAN EIDEN, INC.,**
a Michigan corporation,

    Plaintiff

v.

Case No.: 2:15-cv-14053-BAF-MJH
Hon. Bernard A. Friedman

**F&M TOOL & PLASTICS, INC.,**
a Massachusetts corporation,

    Defendant.

---

## STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT (DOC. #1)

Plaintiff and Defendant hereby stipulate and agree to extend the time period for Defendant to Answer the Complaint.  Defendant is being provided a 30-day extension to procure local counsel.

IT IS HEREBY ORDERED that the Answer to Complaint is due on January 20, 2016.

IT IS SO ORDERED.


Date: December 29, 2015        s/ Bernard A. Friedman_____
                                                   Hon. Bernard A. Friedman

2

**Stipulated and Agreed to as to Form and Substance:**

By: /s/ Brian B. Brown
Brian B. Brown (P62733)
CARLSON, GASKEY & OLDS, P.C.
400 W. Maple, Suite 350
Birmingham, Michigan  48009
(248) 988-8360
bbrown@cgolaw.com

*Counsel for Plaintiff*


Dated:	December 29, 2015

## CERTIFICATE OF SERVICE

I certify that on December 29, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                                        CARLSON, GASKEY & OLDS, P.C.

                                        /s/ Brian B. Brown
                                        Brian B. Brown (P62733)
                                        Carlson Gaskey & Olds, P.C.
                                        400 W. Maple, Suite 350
                                        Birmingham, Michigan  48009
                                        (248) 988-8360
                                        bbrown@cgolaw.com

Dated: December 29, 2015