UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dan Eiden, Inc.,

                Plaintiff(s),

v.                                       Case No. 2:15–cv–14053–BAF–MJH
                                            Hon. Bernard A. Friedman

F&M Tool & Plastics, Inc.,

                Defendant(s),

_____/

### ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on December 28, 2015, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                       s/Bernard A. Friedman
                                                       Bernard A. Friedman
                                                       U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/C. Mullins
                                                            Case Manager

Dated:   December 29, 2015