UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DAN EIDEN, INC.,
A Michigan corporation,

       Plaintiff,                   Case No. 15-cv-14053-BAF-MJH

v.                                      Hon. Bernard A. Friedman

F&M TOOL & PLASTICS, INC.,
a Massachusetts corporation,

       Defendant.
_____

**STIPULATED ORDER EXTENDING DEADLINE FOR F&M TOOL
& PLASTICS, INC. TO ANSWER OR OTHERWISE RESPOND**

      Based on the below indicated Stipulation of the parties, through counsel, and the Court being otherwise duly advised in the premises:

      IT IS HEREBY ORDERED that the deadline for F&M Tool & Plastics, Inc. to answer or otherwise respond or object to the Complaint in the captioned matter shall be and hereby is extended to is **January 21, 2016**.

IT IS ORDERED.

Dated this 12TH day of January, 2016.

                                                       s/ Bernard A. Friedman
                                                   United States District Court Judge

**THE FOREGOING PROPOSED ORDER EXTENDING DEADLINE IS STIPULATED AND APPROVED FOR ENTRY:**

| | |
|---|---|
| CARLSON, GASKEY & OLDS, P.C. | BUTZEL LONG, a professional corporation |
| By: /s/ Brian B. Brown<br>     Brian B. Brown (P62733)<br>400 W. Maple, Ste. 350<br>Birmingham, Michigan  48009<br>(248) 988-8360<br>bbrown@cgolaw.com<br>Attorneys for Plaintiff | By: /s/ Bernard Fuhs<br>     Bernard J. Fuhs (P69621)<br>150 W. Jefferson, Suite 100<br>Detroit, Michigan 48226<br>(313) 225-7000<br>fuhs@butzel.com<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

BUTZEL LONG, a professional corporation

By:/s/ Bernard J. Fuhs
     Bernard J. Fuhs (P69621)
 150 West Jefferson Avenue, Suite 100
 Detroit, Michigan 48226
 (313) 225-7000
 fuhs@butzel.com
 Attorneys for Defendant

1584839