**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

**DAN EIDEN, INC.,**
a Michigan corporation,

      Plaintiff

v.                                                      Case No.: 2:15-cv-14053-BAF-MJH
                                                     Hon. Bernard A. Friedman

**F&M TOOL & PLASTICS, INC.,**
a Massachusetts corporation,

      Defendant.
_____/

**INDEX OF EXHIBITS TO
PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

1. Sales Representation Agreement dated September 16, 2008.

2. Declaration of Dan Eiden

3. U.S. District Courts – Civil Caseload Report

4. F&M Tool & Plastics, Inc. LinkedIn Profile as accessed on February 15, 2016

5. F&M Tool & Plastics About Us Webpage as accessed on February 15, 2016