# EXHIBIT 1

# F & M Tool & Plastics

62 Lakeview Street, Leominster, MA 01453
Telephone: 978-840-1898   Fax: 978-840-9578



September 16, 2008

Dan Eiden Inc.
1735 Woodmar Court
Howell, MI 48843

Dear Dan,

F&M Tool & Plastics is pleased to confirm the appointment of Dan Eiden Inc. as our independent sales representative effective September 1, 2008.

It is your responsibility to sell and service all current accounts and prospective new customers in that territory. Territory is defined as per the attached Schedule A – Account Listing.

It is understood that Dan Eiden Inc. will not represent any company or products that compete with F&M Tool & Plastics.

The standard commission rate is 5% of the net selling price. Trade discounts, freight and transportation, insurance, tariffs, taxes and fees shall be excluded from the net selling price. Commissions will be paid the 15th of each month following the month the invoice is paid by the customer. Commissions will be adjusted if the regular net selling price or payment terms are adjusted.

All customer orders will be subject to acceptance and will bear all associated selling expenses. You will not have authority to bind F&M Tool & Plastics as principal, to endorse checks or to maintain bank accounts in the name of F&M Tool & Plastics. You will not be authorized to make allowances or adjustments. You will be responsible for the withholding and payment of employment taxes of your employees, including, but not limited to, income, social security and FICA taxes, payment of any insurance, and other benefit plans.

Either party may terminate this appointment at any time upon 30 days prior written notice.

September 16, 2008

We are excited about our relationship and the many opportunities that the territory offers to F&M Tool & Plastics and to Dan Eiden Inc. Everyone here at F&M Tool & Plastics looks forward to working with you to grow our business together.

If this letter of appointment is agreeable to you, please sign below where indicated and return to my attention.

*Mark Gasbarro*
Mark Gasbarro
President

Appointment as independent manufacturer's representative for F&M Tool & Plastics is accepted on the terms stated above.

BY: _Dan Eiden_
TITLE: _President_
DATE: _9-20-08_

## F&M TOOL & PLASTICS (PETWARES PLUS) ACCOUNT LIST
### Schedule A

AAFES
ACE Hardware
ACO Hardware
Aldi's
Amazon.Com
Andersons
Bashas
Biggs
Blains Supply
Canadian Tire
Discount Drug Mart (storage only)
Do it Best
Douglas Stewart Co.
Duckwall-Alco
Giant Eagle
H&H Distributors
Hy-Vee
Kmart/Sears Holdings
Loblaws
Marcs
Meijer
Menards
Mills Fleet Farm
Nash Finch
Office Max
Pamida
Pet Supplies Plus
Promotions Umlimited
Publix
Roundy's
School Specialty
Shopko
Snyder Drug
Spartan
Target
Thrifty White Drug
Tractor Supply (storage only)
True Value Company
Variety Distributors
Walgreens
Wolverton
Zellers

## Smartware & Petwares plus Products
Representative Information Sheet

September 16, 2008

Dan Eiden Inc.
1735 Woodmar Court
Howell, MI 48843

Dan Eiden

Sales Rep Social Security Number or Federal ID # 26-3291362
We should make checks payable to   Sales Rep _____   or Company __X__

Office Phone  > 248-824-9223
Cell Phone
Fax Number - 517-546-0020
Email address - ceiden@aol.com

Which address should samples be sent to?  Company _____   Home _____
UPS charges more to send to residence and a $5.00 fee if residential delivery is not noted

What markets do you want to cover?  Please only specify those that make sense with your other lines.
_____ Petwares Accounts
_____ Landscape
_____ Lumber Yards
_____ Municipalities
_____ Golf course designer & architects
_____ Retail, Grocery & other _____

What territory do you want to cover?  Please use some interstate or state boundaries for clarity. _____
_____
_____

What major A accounts do you have rapport with in your chosen markets  _____
_____
_____

What B & C Accounts do you have rapport with in your chosen markets? _____
_____
_____
_____