# **EXHIBIT 3**

**Table C.**
**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Periods Ending March 31, 2014 and 2015**

| Circuit | | Filings 2014 | Filings 2015 | Percent Change [1] | Terminations 2014 | Terminations 2015 | Percent Change [1] | Pending 2014 [2] | Pending 2015 | Percent Change [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL | 303,820 | 281,608 | -7.3 | 260,840 | 264,124 | 1.3 | 323,441 | 340,925 | 5.4 |
| DC | | 2,218 | 2,166 | -2.3 | 2,103 | 2,139 | 1.7 | 2,341 | 2,368 | 1.2 |
| | 1ST | 7,469 | 7,709 | 3.2 | 6,969 | 6,663 | -4.4 | 9,139 | 10,185 | 11.4 |
| ME | | 502 | 535 | 6.6 | 420 | 550 | 31.0 | 423 | 408 | -3.5 |
| MA | | 4,599 | 5,104 | 11.0 | 2,884 | 2,892 | 0.3 | 4,958 | 7,170 | 44.6 |
| NH | | 520 | 529 | 1.7 | 558 | 560 | 0.4 | 471 | 440 | -6.6 |
| RI | | 880 | 548 | -37.7 | 2,041 | 1,696 | -16.9 | 1,974 | 826 | -58.2 |
| PR | | 968 | 993 | 2.6 | 1,066 | 965 | -9.5 | 1,313 | 1,341 | 2.1 |
| | 2ND | 23,713 | 25,454 | 7.3 | 21,874 | 24,715 | 13.0 | 29,971 | 30,710 | 2.5 |
| CT | | 1,986 | 2,138 | 7.7 | 2,022 | 2,057 | 1.7 | 2,317 | 2,398 | 3.5 |
| NY,N | | 1,729 | 1,928 | 11.5 | 1,775 | 1,961 | 10.5 | 2,065 | 2,032 | -1.6 |
| NY,E | | 7,870 | 7,429 | -5.6 | 6,285 | 7,341 | 16.8 | 9,407 | 9,495 | 0.9 |
| NY,S | | 9,941 | 11,711 | 17.8 | 9,683 | 11,249 | 16.2 | 13,507 | 13,969 | 3.4 |
| NY,W | | 1,851 | 1,965 | 6.2 | 1,778 | 1,838 | 3.4 | 2,402 | 2,529 | 5.3 |
| VT | | 336 | 283 | -15.8 | 331 | 269 | -18.7 | 273 | 287 | 5.1 |
| | 3RD | 27,654 | 25,877 | -6.4 | 30,461 | 27,537 | -9.6 | 25,334 | 23,674 | -6.6 |
| DE | | 2,111 | 1,599 | -24.3 | 1,991 | 2,153 | 8.1 | 2,563 | 2,009 | -21.6 |
| NJ | | 8,583 | 9,167 | 6.8 | 8,154 | 8,104 | -0.6 | 7,853 | 8,916 | 13.5 |
| PA,E | | 11,061 | 9,631 | -12.9 | 14,193 | 11,569 | -18.5 | 9,845 | 7,907 | -19.7 |
| PA,M | | 3,003 | 2,599 | -13.5 | 3,062 | 2,751 | -10.2 | 2,713 | 2,561 | -5.6 |
| PA,W | | 2,665 | 2,624 | -1.5 | 2,775 | 2,718 | -2.1 | 1,921 | 1,827 | -4.9 |
| VI | | 231 | 257 | 11.3 | 286 | 242 | -15.4 | 439 | 454 | 3.4 |
| | 4TH | 58,594 | 40,783 | -30.4 | 18,843 | 22,432 | 19.0 | 72,019 | 90,370 | 25.5 |
| MD | | 4,043 | 4,051 | 0.2 | 3,925 | 4,067 | 3.6 | 3,190 | 3,174 | -0.5 |
| NC,E | | 2,016 | 2,014 | -0.1 | 2,140 | 2,090 | -2.3 | 2,087 | 2,011 | -3.6 |
| NC,M | | 1,175 | 1,110 | -5.5 | 1,360 | 1,355 | -0.4 | 1,541 | 1,296 | -15.9 |
| NC,W | | 1,149 | 1,222 | 6.4 | 1,320 | 1,318 | -0.2 | 1,119 | 1,023 | -8.6 |
| SC | | 3,995 | 5,195 | 30.0 | 3,493 | 3,526 | 0.9 | 3,632 | 5,301 | 46.0 |
| VA,E | | 3,322 | 3,523 | 6.1 | 3,322 | 3,107 | -6.5 | 1,967 | 2,383 | 21.1 |
| VA,W | | 1,187 | 1,184 | -0.3 | 1,198 | 1,159 | -3.3 | 720 | 745 | 3.5 |
| WV,N | | 655 | 649 | -0.9 | 602 | 704 | 16.9 | 655 | 600 | -8.4 |
| WV,S | | 41,052 | 21,835 | -46.8 | 1,483 | 5,106 | 244.3 | 57,108 | 73,837 | 29.3 |

## Table C. (March 31, 2015—Continued)

| Circuit | Filings 2014 | Filings 2015 | Filings Percent Change [1] | Terminations 2014 | Terminations 2015 | Terminations Percent Change [1] | Pending 2014 [2] | Pending 2015 | Pending Percent Change [1] |
|---|---|---|---|---|---|---|---|---|---|
| 5TH | 33,678 | 30,077 | -10.7 | 28,122 | 27,106 | -3.6 | 34,662 | 37,633 | 8.6 |
| LA,E | 6,589 | 2,985 | -54.7 | 4,212 | 3,313 | -21.3 | 6,080 | 5,752 | -5.4 |
| LA,M | 863 | 842 | -2.4 | 858 | 863 | 0.6 | 884 | 863 | -2.4 |
| LA,W | 3,369 | 3,423 | 1.6 | 1,932 | 1,939 | 0.4 | 4,927 | 6,411 | 30.1 |
| MS,N | 793 | 710 | -10.5 | 905 | 860 | -5.0 | 721 | 571 | -20.8 |
| MS,S | 2,053 | 1,715 | -16.5 | 2,072 | 1,849 | -10.8 | 1,863 | 1,729 | -7.2 |
| TX,N | 6,763 | 6,477 | -4.2 | 4,920 | 4,776 | -2.9 | 9,305 | 11,006 | 18.3 |
| TX,E | 4,052 | 4,322 | 6.7 | 4,060 | 4,068 | 0.2 | 3,787 | 4,041 | 6.7 |
| TX,S | 5,879 | 6,237 | 6.1 | 5,774 | 6,089 | 5.5 | 4,753 | 4,901 | 3.1 |
| TX,W | 3,317 | 3,366 | 1.5 | 3,389 | 3,349 | -1.2 | 2,342 | 2,359 | 0.7 |
| 6TH | 22,653 | 24,114 | 6.4 | 21,393 | 22,874 | 6.9 | 29,405 | 30,645 | 4.2 |
| KY,E | 1,513 | 1,296 | -14.3 | 1,333 | 1,458 | 9.4 | 1,414 | 1,252 | -11.5 |
| KY,W | 1,778 | 1,579 | -11.2 | 1,279 | 1,308 | 2.3 | 1,966 | 2,237 | 13.8 |
| MI,E | 5,283 | 4,981 | -5.7 | 5,517 | 5,167 | -6.3 | 5,442 | 5,256 | -3.4 |
| MI,W | 1,737 | 1,647 | -5.2 | 1,757 | 1,598 | -9.0 | 1,448 | 1,497 | 3.4 |
| OH,N | 4,248 | 4,655 | 9.6 | 3,277 | 5,435 | 65.9 | 11,195 | 10,415 | -7.0 |
| OH,S | 2,715 | 5,027 | 85.2 | 2,637 | 2,810 | 6.6 | 2,680 | 4,897 | 82.7 |
| TN,E | 1,560 | 1,362 | -12.7 | 1,613 | 1,503 | -6.8 | 1,847 | 1,706 | -7.6 |
| TN,M | 2,441 | 2,173 | -11.0 | 2,555 | 2,267 | -11.3 | 1,788 | 1,694 | -5.3 |
| TN,W | 1,378 | 1,394 | 1.2 | 1,425 | 1,328 | -6.8 | 1,625 | 1,691 | 4.1 |
| 7TH | 23,316 | 23,089 | -1.0 | 20,683 | 27,651 | 33.7 | 32,132 | 27,570 | -14.2 |
| IL,N | 9,735 | 11,578 | 18.9 | 9,568 | 10,228 | 6.9 | 10,428 | 11,778 | 12.9 |
| IL,C | 1,447 | 1,407 | -2.8 | 1,381 | 1,317 | -4.6 | 1,528 | 1,618 | 5.9 |
| IL,S | 4,015 | 1,931 | -51.9 | 2,735 | 8,672 | 217.1 | 12,897 | 6,156 | -52.3 |
| IN,N | 2,814 | 2,610 | -7.2 | 1,735 | 2,136 | 23.1 | 3,070 | 3,544 | 15.4 |
| IN,S | 2,838 | 2,969 | 4.6 | 2,898 | 2,869 | -1.0 | 2,309 | 2,409 | 4.3 |
| WI,E | 1,520 | 1,691 | 11.3 | 1,443 | 1,513 | 4.9 | 1,144 | 1,322 | 15.6 |
| WI,W | 947 | 903 | -4.6 | 923 | 916 | -0.8 | 756 | 743 | -1.7 |
| 8TH | 14,431 | 16,194 | 12.2 | 18,910 | 13,525 | -28.5 | 13,884 | 16,553 | 19.2 |
| AR,E | 1,793 | 1,862 | 3.8 | 5,302 | 2,012 | -62.1 | 1,668 | 1,518 | -9.0 |
| AR,W | 1,113 | 1,097 | -1.4 | 1,135 | 1,117 | -1.6 | 1,151 | 1,131 | -1.7 |
| IA,N | 515 | 620 | 20.4 | 540 | 651 | 20.6 | 401 | 370 | -7.7 |
| IA,S | 641 | 663 | 3.4 | 708 | 726 | 2.5 | 543 | 480 | -11.6 |
| MN | 3,775 | 6,041 | 60.0 | 4,684 | 2,930 | -37.4 | 3,132 | 6,243 | 99.3 |
| MO,E | 3,028 | 2,282 | -24.6 | 2,718 | 2,392 | -12.0 | 3,739 | 3,629 | -2.9 |
| MO,W | 2,377 | 2,307 | -2.9 | 2,533 | 2,421 | -4.4 | 1,894 | 1,780 | -6.0 |
| NE | 614 | 652 | 6.2 | 647 | 648 | 0.2 | 564 | 568 | 0.7 |
| ND | 283 | 288 | 1.8 | 324 | 258 | -20.4 | 406 | 436 | 7.4 |
| SD | 292 | 382 | 30.8 | 319 | 370 | 16.0 | 386 | 398 | 3.1 |

## Table C. (March 31, 2015—Continued)

| | Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2014 | 2015 | Percent Change [1] | 2014 | 2015 | Percent Change [1] | 2014 [2] | 2015 | Percent Change [1] |
| 9TH | | 48,355 | 43,215 | -10.6 | 46,682 | 46,072 | -1.3 | 40,556 | 37,699 | -7.0 |
| | AK | 307 | 310 | 1.0 | 321 | 297 | -7.5 | 310 | 323 | 4.2 |
| | AZ | 7,461 | 3,877 | -48.0 | 5,030 | 6,260 | 24.5 | 5,363 | 2,980 | -44.4 |
| | CA,N | 6,179 | 5,634 | -8.8 | 6,482 | 5,972 | -7.9 | 5,516 | 5,178 | -6.1 |
| | CA,E | 4,882 | 4,943 | 1.2 | 4,851 | 4,829 | -0.5 | 5,614 | 5,728 | 2.0 |
| | CA,C | 14,384 | 14,390 | 0.0 | 14,783 | 14,688 | -0.6 | 10,220 | 9,922 | -2.9 |
| | CA,S | 3,491 | 3,234 | -7.4 | 3,279 | 2,918 | -11.0 | 3,094 | 3,410 | 10.2 |
| | HI | 750 | 598 | -20.3 | 796 | 618 | -22.4 | 576 | 556 | -3.5 |
| | ID | 536 | 566 | 5.6 | 610 | 545 | -10.7 | 669 | 690 | 3.1 |
| | MT | 755 | 656 | -13.1 | 719 | 689 | -4.2 | 590 | 557 | -5.6 |
| | NV | 2,978 | 2,973 | -0.2 | 2,813 | 2,805 | -0.3 | 3,301 | 3,469 | 5.1 |
| | OR | 2,315 | 2,092 | -9.6 | 2,385 | 2,318 | -2.8 | 2,253 | 2,027 | -10.0 |
| | WA,E | 782 | 836 | 6.9 | 1,048 | 819 | -21.9 | 658 | 675 | 2.6 |
| | WA,W | 3,481 | 3,050 | -12.4 | 3,493 | 3,263 | -6.6 | 2,279 | 2,066 | -9.3 |
| | GUAM | 22 | 30 | 36.4 | 38 | 29 | -23.7 | 50 | 51 | 2.0 |
| | NMI | 32 | 26 | -18.8 | 34 | 22 | -35.3 | 63 | 67 | 6.3 |
| 10TH | | 10,736 | 11,548 | 7.6 | 10,416 | 10,637 | 2.1 | 9,486 | 10,397 | 9.6 |
| | CO | 3,626 | 3,240 | -10.6 | 3,331 | 3,505 | 5.2 | 2,660 | 2,395 | -10.0 |
| | KS | 1,458 | 2,925 | 100.6 | 1,530 | 1,571 | 2.7 | 1,350 | 2,704 | 100.3 |
| | NM | 1,267 | 1,155 | -8.8 | 1,190 | 1,247 | 4.8 | 1,311 | 1,219 | -7.0 |
| | OK,N | 821 | 799 | -2.7 | 799 | 802 | 0.4 | 767 | 764 | -0.4 |
| | OK,E | 548 | 585 | 6.8 | 558 | 538 | -3.6 | 499 | 546 | 9.4 |
| | OK,W | 1,433 | 1,507 | 5.2 | 1,373 | 1,453 | 5.8 | 1,098 | 1,152 | 4.9 |
| | UT | 1,298 | 1,095 | -15.6 | 1,348 | 1,240 | -8.0 | 1,546 | 1,401 | -9.4 |
| | WY | 285 | 242 | -15.1 | 287 | 281 | -2.1 | 255 | 216 | -15.3 |
| 11TH | | 31,003 | 31,382 | 1.2 | 34,384 | 32,773 | -4.7 | 24,512 | 23,121 | -5.7 |
| | AL,N | 2,433 | 2,494 | 2.5 | 5,556 | 2,876 | -48.2 | 2,882 | 2,500 | -13.3 |
| | AL,M | 1,022 | 1,270 | 24.3 | 1,117 | 1,316 | 17.8 | 1,064 | 1,018 | -4.3 |
| | AL,S | 658 | 651 | -1.1 | 759 | 629 | -17.1 | 491 | 513 | 4.5 |
| | FL,N | 2,011 | 1,950 | -3.0 | 2,083 | 1,880 | -9.7 | 1,545 | 1,615 | 4.5 |
| | FL,M | 8,501 | 8,587 | 1.0 | 9,079 | 9,293 | 2.4 | 7,472 | 6,766 | -9.4 |
| | FL,S | 8,618 | 8,942 | 3.8 | 8,370 | 9,144 | 9.2 | 5,018 | 4,816 | -4.0 |
| | GA,N | 5,101 | 5,088 | -0.3 | 5,110 | 5,159 | 1.0 | 3,795 | 3,724 | -1.9 |
| | GA,M | 1,594 | 1,279 | -19.8 | 1,334 | 1,435 | 7.6 | 1,429 | 1,273 | -10.9 |
| | GA,S | 1,065 | 1,121 | 5.3 | 976 | 1,041 | 6.7 | 816 | 896 | 9.8 |

[1] Percent change not computed when fewer than 10 cases reported for the previous period.
[2] Revised.