# **EXHIBIT 4**

Search for people, jobs, companies, and more… Advanced    

Home  Profile  My Network  Jobs  Interests  Business Services  Try Premium for free

**Attorney Needed ASAP** - Crucial need for local attorney in your area. View new cases today.



# F&M Tool and Plastics, Inc.
Plastics
51-200 employees

154 followers  Follow  

Home



F&M Tool and Plastics, located in Leominster, MA is a growing plastic molding company. In 2008, F&M designed, developed and tooled a complete line of plastic storage products, Bella Contemporary Storage™. Since then, F&M has enjoyed enormous growth and is looking to continue it's growth into 2015.

www.fmtool.com
www.bellastoragesolution.com

**Website**
http://www.fmtool.com

**Industry**
Plastics

**Type**
Privately Held

**Headquarters**
163 Pioneer Drive Leominster, Massachusetts 01453 United States

**Company Size**
51-200 employees

See less

## Recent Updates

**F&M Tool and Plastics, Inc.** F&M Tool and Plastics and Bella Storage Solutions attends The International Home + Housewares Show in Chicago this March.



Like (8)  Comment (3)  Share  11 months ago

Huang hellen, Alisa Chen +6

### How You're Connected



**41** Employees on LinkedIn

See all ▸

### Ads You May Be Interested In


**Attorney Needed ASAP**
Crucial need for local attorney in your area. View new cases today.


**Are You A CEO?**
You're invited to apply for inclusion in the Worldwide Executive Registry


**Post-Settlement Funding**
Receive Fees Now-Don't wait for your money Accelerate your firm's cash flow

### People Also Viewed

 

 

 

See previous comments

 **F&M Tool and Plastics, Inc.** Courtesy of the F&M Marketing Team! "Eye Candy!"
11 months ago

 **Joseph Manos** Very Nice
11 months ago

Add a comment...

**F&M Tool and Plastics, Inc.** October 2014, The Commonwealth of Massachusetts, Executive Office of Labor and Workforce Development Announces $8.2M in Grants to Massachusetts Companies for Employee Training. F&M has been chosen as one of the recipients, receiving $38,650 in... more

**WTFP Press Release 10162014**

**Document**   Commonwealth of Massachusetts Executive Office of Labor and Workforce Development Press Release Contact: Ann Dufresne (617) 626-7121 Ann.Dufresne@massmail.state.ma.us Follow us on Twitter Patrick Administration Announces $8.2M in Grants t

Like (5)   Comment   Share   12 months ago

**Tammy Fullam**, **Thomas Marrone** +3

Add a comment...

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | **Upgrade Your Account**

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback