# EXHIBIT 5

HOME  •  ABOUT US  •  JOBS  •  PRESS ROOM  •  CONTACT US  •  





# About us

**OUR MISSION**
Allow proven professionals to continue to perform their skills to fulfill corporate and individual financial goals.

**OUR VISION**
"Creating trusting partnerships, providing quality and value to your customers"

**HISTORY**

**1974-** F&M Tool and Plastics, Inc. was founded as a tooling company in Leominster, Massachusetts.

**1990-** The company started molding for major plastic companies including Dell, Aero, Sterilite, Ames True Temper and United Solutions. The company then purchased two companies, Smartware and Petwares.

**2004-** Smartware products, a line of Whiskey Barrel, Rain Barrel and Timbers. They are made from 98% post consumer recycle material, such as milk jugs, yogurt cups and computer monitor cases.

**2005-** Petwares Plus, a line of plastic pet products, from Scoops, Pet Dishes, Litter Pans, and a sturdy Pet Carrier.

**2008-** Bella Storage Solution was designed, developed and tooled in 2008 offering a full line of Clear Storage, Clear Totes and Solid Totes. Since its creation, Bella Storage Solution has catapulted F&M Tool and Plastics, Inc. sales revenue, quadrupling it's current sales revenue during 4 recession years.

**2009-** Bella Storage Solution added a line of Storage Carts to complete Bella Storage Solution Signature Collection.

**2010-** Bella Storage Solution added drawers to it's Carts Collection as well as a line of Locking Lid Clear Storage.

**2011-** Bella Storage Solution launched a new line of clears beyond the state-of-the-Art: Next Generation in CLEARS.

**2012-** Bella Storage Solution added 6 completing it's CLEARS Locking Lid Collection.

To get to know more about our Headquarters installations (226 K)
To know better about the molds capacity (199 K)

**Headquarters**

**F&M Tool and Plastics, Inc.** | 163 Pioneer Drive, Leominster, MA 01453 | Phone: 978-840-1897 | Fax: 978-840-9578 | info@fmtool.com

**Production & Warehouses**

| **Leominster** | **Gallatin** | **Corona** | **Galien** |
|---|---|---|---|
| 175 Pioneer Drive | 241 Commerce Way | 725 East Harrison Street | 117 Grant Street |
| Leominster, MA 01453 | Gallatin, TN 37066 | Corona, CA 92879 | Galien, MI 49113 |

© Copyright 2012 F&M Tool and Plastics, Inc. / All rights reserved

 FTP Site

