IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**DAN EIDEN, INC.,**
a Michigan corporation,

       Plaintiff

V.

**F&M TOOL & PLASTICS, INC.,**
a Massachusetts corporation,

       Defendant
_____/

Case No.: 2:15-cv-14053-BAF-MJH
Hon. Bernard A. Friedman

## DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) OR, IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. §1404(a)

Index of Exhibits:

    A.    Declaration of Mark Gasbarro

    B.    Court Statistics

    C.    Nova Electrical Assn Inc v Contact Electronics Inc