# EXHIBIT B

Comparison of Districts Within the First Circuit — 12-Month Period Ending March 31, 2015

| | | | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | Filings | | 808 | 5,816 | 805 | 696 | 2,697 |
| | Terminations | | 842 | 3,645 | 843 | 1,900 | 2,774 |
| | Pending | | 594 | 7,819 | 573 | 932 | 3,402 |
| | Percent Change in Total Filings | Over Last Year | 2.3 | 9.9 | 12.9 | -36.4 | -7.2 |
| | Current Year | Over 2010 | -4.9 | 59.8 | -2.3 | -47.3 | -5.6 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months [1] | | 1.0 | 17.6 | 0.0 | 0.0 | 0.0 |
| Actions per Judgeship | Filings | Total | 269 | 447 | 268 | 232 | 385 |
| | | Civil | 178 | 393 | 176 | 183 | 142 |
| | | Criminal Felony | 66 | 33 | 63 | 38 | 220 |
| | | Supervised Release Hearings | 25 | 22 | 29 | 11 | 24 |
| | Pending Cases | | 198 | 601 | 191 | 311 | 486 |
| | Weighted Filings [1] | | 272 | 383 | 246 | 228 | 367 |
| | Terminations | | 281 | 280 | 281 | 633 | 396 |
| | Trials Completed | | 19 | 11 | 16 | 8 | 12 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 9.8 | 15.4 | 7.6 | 8.8 | 11.9 |
| | | Civil [1] | 8.1 | 9.2 | 8.1 | 23.0 | 13.4 |
| | From Filing to Trial [1] (Civil Only) | | - | 29.1 | 19.9 | - | 29.1 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [1] | | 6 | 263 | 29 | 212 | 95 |
| | | | 1.5 | 3.7 | 6.6 | 25.7 | 7.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.2 | 2.1 |
| | Jurors | Avg. Present for Jury Selection | 41.7 | 100.5 | 41.9 | 72.9 | 89.1 |
| | | Percent Not Selected or Challenged | 20.5 | 43.0 | 21.9 | 51.4 | 56.4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending March 31, 2015

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | Filings | | 1,921 | 1,882 | 6,151 | 2,192 | 5,759 | 5,938 | 2,302 | 2,613 | 2,183 |
| | Terminations | | 2,315 | 1,674 | 6,364 | 2,142 | 6,627 | 3,667 | 2,454 | 2,723 | 2,124 |
| | Pending | | 1,857 | 2,573 | 6,644 | 1,749 | 11,022 | 5,550 | 2,542 | 2,158 | 2,592 |
| | Percent Change in Total Filings | Over Last Year | -20.9 | -14.1 | -5.8 | -3.0 | 6.6 | 63.8 | -10.0 | -9.2 | -3.9 |
| | Current Year | Over 2010 | -14.7 | -1.4 | -1.3 | -5.8 | 24.7 | 66.8 | -3.5 | 29.7 | 0.4 |
| | Number of Judgeships | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months [1] | | 12.0 | 27.7 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 3.9 | 1.0 |
| Actions per Judgeship | Filings | Total | 349 | 418 | 410 | 548 | 524 | 742 | 460 | 653 | 437 |
| | | Civil | 236 | 351 | 332 | 412 | 423 | 628 | 272 | 543 | 279 |
| | | Criminal Felony | 78 | 50 | 63 | 100 | 63 | 85 | 159 | 61 | 107 |
| | | Supervised Release Hearings | 35 | 18 | 15 | 37 | 38 | 29 | 29 | 49 | 51 |
| | Pending Cases | | 338 | 572 | 443 | 437 | 1,002 | 694 | 508 | 540 | 518 |
| | Weighted Filings [1] | | 279 | 385 | 414 | 493 | 401 | 490 | 448 | 581 | 378 |
| | Terminations | | 421 | 372 | 424 | 536 | 602 | 458 | 491 | 681 | 425 |
| | Trials Completed | | 16 | 12 | 14 | 17 | 10 | 24 | 13 | 24 | 37 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 10.0 | 12.0 | 10.8 | 7.6 | 8.7 | 7.6 | 9.5 | 17.4 | 10.1 |
| | | Civil [1] | 9.6 | 8.5 | 8.8 | 9.1 | 18.6 | 9.3 | 12.9 | 12.3 | 11.2 |
| | From Filing to Trial [1] (Civil Only) | | - | 28.7 | 32.1 | 29.5 | 23.6 | 25.7 | 30.1 | 32.4 | 22.2 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [1] | | 130 | 70 | 574 | 66 | 2,873 | 150 | 87 | 75 | 120 |
| | | | 10.4 | 3.1 | 10.9 | 4.4 | 27.6 | 3.1 | 5.1 | 4.4 | 7.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.9 | 1.4 | 1.4 | 1.5 | 1.6 | 1.5 | 1.8 | 1.8 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 52.6 | 39.9 | 71.9 | 35.7 | 45.5 | 49.4 | 54.7 | 32.4 | 41.0 |
| | | Percent Not Selected or Challenged | 38.1 | 32.4 | 49.2 | 28.8 | 40.1 | 44.7 | 52.7 | 23.3 | 50.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

Comparison of Districts Within the First Circuit — 12-Month Period Ending December 31, 2014

| | | | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | Filings | | 787 | 5,966 | 815 | 768 | 2,566 |
| | Terminations | | 828 | 3,681 | 827 | 2,148 | 2,873 |
| | Pending | | 587 | 7,025 | 616 | 1,050 | 3,327 |
| | Percent Change in Total Filings | Over Last Year | -0.3 | 33.5 | 11.8 | -34.9 | -13.4 |
| | Current Year | Over 2010 | -7.4 | 63.9 | -1.1 | -41.8 | -10.2 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months [1] | | 3.9 | 23.4 | 0.0 | 0.0 | 2.1 |
| Actions per Judgeship | Filings | Total | 262 | 459 | 272 | 256 | 367 |
| | | Civil | 184 | 403 | 182 | 201 | 132 |
| | | Criminal Felony | 54 | 34 | 64 | 45 | 211 |
| | | Supervised Release Hearings | 25 | 22 | 26 | 10 | 23 |
| | Pending Cases | | 196 | 540 | 205 | 350 | 475 |
| | Weighted Filings [1] | | 263 | 382 | 248 | 248 | 351 |
| | Terminations | | 276 | 283 | 276 | 716 | 410 |
| | Trials Completed | | 19 | 10 | 17 | 7 | 13 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 9.8 | 16.2 | 7.9 | 8.2 | 11.5 |
| | | Civil [1] | 8.0 | 9.2 | 8.4 | 23.3 | 13.4 |
| | From Filing to Trial [1] (Civil Only) | | - | 30.1 | - | - | - |
| Other | Number (and %) of Civil Cases Over 3 Years Old [1] | | 5 | 296 | 24 | 257 | 98 |
| | | | 1.2 | 4.7 | 5.1 | 27.2 | 7.9 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.2 | 2.1 |
| | Jurors | Avg. Present for Jury Selection | 45.0 | 72.8 | 41.2 | 89.1 | 93.7 |
| | | Percent Not Selected or Challenged | 17.3 | 39.2 | 21.5 | 58.2 | 59.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending December 31, 2014

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Caseload Statistics | Filings | | 2,098 | 1,921 | 6,240 | 2,202 | 4,628 | 5,152 | 2,327 | 3,187 | 2,203 |
| | Terminations | | 2,306 | 1,664 | 6,379 | 2,139 | 5,528 | 3,534 | 2,546 | 3,454 | 2,129 |
| | Pending | | 2,064 | 2,540 | 6,763 | 1,826 | 10,919 | 4,934 | 2,575 | 2,157 | 2,662 |
| | Percent Change in Total Filings | Over Last Year | -11.9 | -15.8 | -8.6 | -6.3 | -18.0 | 41.8 | -10.9 | 42.8 | -4.2 |
| | Current Year | Over 2010 | -6.8 | 0.6 | 0.1 | -5.4 | 0.2 | 44.7 | -2.4 | 58.2 | 1.3 |
| | Number of Judgeships | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months [1] | | 12.0 | 27.6 | 9.8 | 0.0 | 0.0 | 0.0 | 4.1 | 1.0 | 3.9 |
| Actions per Judgeship | Filings | Total | 381 | 427 | 416 | 551 | 421 | 644 | 465 | 797 | 441 |
| | | Civil | 260 | 353 | 339 | 413 | 320 | 531 | 284 | 687 | 281 |
| | | Criminal Felony | 84 | 56 | 62 | 99 | 62 | 82 | 151 | 64 | 107 |
| | | Supervised Release Hearings | 37 | 18 | 14 | 39 | 39 | 31 | 31 | 47 | 53 |
| | Pending Cases | | 375 | 564 | 451 | 457 | 993 | 617 | 515 | 539 | 532 |
| | Weighted Filings [1] | | 299 | 390 | 409 | 484 | 402 | 476 | 453 | 686 | 376 |
| | Terminations | | 419 | 370 | 425 | 535 | 503 | 442 | 509 | 864 | 426 |
| | Trials Completed | | 17 | 12 | 14 | 18 | 12 | 26 | 12 | 24 | 32 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 9.4 | 11.3 | 10.1 | 7.3 | 9.2 | 7.7 | 9.5 | 16.5 | 9.8 |
| | | Civil [1] | 9.1 | 8.7 | 8.8 | 8.3 | 12.8 | 9.4 | 12.8 | 13.5 | 10.9 |
| | From Filing to Trial [1] (Civil Only) | | - | 27.4 | 29.3 | 32.8 | 22.0 | 24.0 | 33.4 | 34.2 | 24.1 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [1] | | 133 | 68 | 512 | 86 | 2,817 | 157 | 89 | 78 | 133 |
| | | | 9.7 | 3.2 | 9.6 | 5.6 | 27.3 | 3.7 | 5.0 | 4.7 | 7.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.5 | 1.4 | 1.4 | 1.6 | 1.6 | 1.7 | 1.6 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 51.6 | 39.4 | 72.4 | 34.0 | 44.0 | 53.9 | 55.0 | 32.6 | 40.1 |
| | | Percent Not Selected or Challenged | 38.5 | 32.8 | 48.3 | 26.9 | 37.8 | 42.9 | 49.6 | 23.9 | 47.5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

# Explanation of Selected Terms

### Number of Judgeships
The number of appeals and district court judgeships reflects the number of authorized federal judgeships approved by Congress.

### Vacant Judgeship Months
Vacant judgeship months are the total number of months that vacancies occurred in any judgeship position in a circuit or district. On September 30, 2014, a total of 50 vacancies existed in the district courts, and 6 vacancies existed in the U.S. courts of appeals (excluding the U.S. Court of Appeals for the Federal Circuit).

Court profiles for both the courts of appeals and district courts reflect only caseloads for judges within the circuit/district; the profiles do not address judges' activity when visiting other circuits/districts. Detailed data on visiting judges can be found in Tables V-1 and V-2 of *Judicial Business of the United States Courts*.

### Applications for Interlocutory Appeals
In 2012, this category was expanded to include applications for permission to appeal under 28 U.S.C. § 1292(b); appeals from district courts' orders granting or denying motions to remand class actions to the state courts under 28 U.S.C. § 1453(c); applications for permission to file direct appeals from bankruptcy court orders under 28 U.S.C. § 158(d); appeals from orders granting or denying class action certification under Fed. R. Civ. P. 23(f); and various miscellaneous proceedings.

### Supervised Release Hearings
Beginning with *2002 Federal Court Management Statistics,* data on hearings on violations of conditions of supervision are included in the district court profiles. These hearings, which are conducted when defendants violate the terms of supervised release or probation, can result in the modification of conditions or the revocation of supervision. In addition to providing data for the category of supervised release hearings filed per authorized judgeship, data on these hearings are included in the totals for overall filings and terminations, filings and terminations per authorized judgeship, and weighted filings per authorized judgeship. These changes to the district court profiles were approved by the Judicial Conference Subcommittee on Judicial Statistics.

### Weighted Filings
Weighted filings statistics account for the different amounts of time district judges require to resolve various types of civil and criminal actions. The Federal Judiciary has employed techniques for assigning weights to cases since 1946. In 2004, the Judicial Resources Committee of the Judicial Conference of the United States approved a civil and criminal case weighting system proposed by the Federal Judicial Center. On a national basis, weighted filings did not change significantly after the implementation of the new case weights. More than two-thirds of all district courts saw their weighted filings change by 10 percent or less. Average civil cases or criminal defendants each receive a weight of approximately 1.0; for more time-consuming cases, higher weights are assessed (e.g., a death-penalty habeas corpus case is assigned a weight of 12.89); and cases demanding relatively little time from judges receive lower weights (e.g., an overpayment and recovery cost case involving a defaulted student loan is assigned a weight of 0.10).

For comparative analysis in this report, the totals for weighted civil and criminal filings for prior years have been revised based on the new case weighting system. The weighted totals for criminal defendants include transfers but exclude reopenings. Data on civil cases arising by reopening, remand, and transfer to the

district by order of the Judicial Panel on Multidistrict Litigation are not included among the totals for weighted filings.

## Median Times
The median times are based on the amount of time elapsed from the date a case was filed to the date of its disposition for the middle case in a series containing an odd number, or the number midway between the two middle cases in a series containing an even number, when the cases are arrayed from least to the most time elapsed.

- **Criminal Felony**
  For criminal felony defendants, median time intervals are calculated using the period from the proceeding date for a defendant (e.g., the date an indictment or information was filed) to the date on which the defendant was found not guilty or was sentenced. Prior to March 2012, the median time interval was computed beginning with the defendant's filing date. Therefore, data for March 2012 and thereafter are not comparable to data for previous periods.

- **Civil**
  For civil cases, median time intervals are calculated using the period from the date a case was filed to the date of its disposition. Median times from filing to disposition reflect all terminated civil cases, regardless of whether they were disposed of by trial or some other method. Civil median times exclude data for civil cases involving land condemnation, prisoner petitions, deportation reviews, recovery of overpayments, and enforcements of judgments. Because courts can quickly process cases involving the recovery of overpayments (which primarily address veterans' benefits) and enforcements of judgments (which primarily address student loans), including data on these cases would shorten the civil median times for some courts to the point of giving an inaccurate impression of the time usually required to process a case in the federal courts.

- **From Filing to Trial (Civil Only)**
  For civil cases, median times from filing to trial are computed using the period from the date a case was filed to the date trial began. For any reopened civil case resulting in a second completed trial, the median time is based on the case's original filing date and the date the trial was completed.

## Civil Cases Over Three Years Old
Data for cases pending more than three years may not match those presented in the Civil Justice Reform Act (CJRA) reports because the profiles presented herein include data for cases on appeal in other courts (i.e., the Supreme Court, courts of appeals, other district courts, and state courts), whereas the CJRA reporting guidelines exclude such data.

## Civil and Criminal Felony Filings by Nature of Suit and Offense
Prior to 2005, alphabetical codes corresponded to different offenses and natures of suit. Therefore, data for 2005 and thereafter are not comparable to data for earlier years. Beginning in March 2012, criminal data count defendants rather than cases and will not match previously published numbers.