UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN EIDEN, INC.,

    Plaintiff,                                      Civil Action No. 15-cv-14053

vs.                                           HON. BERNARD A. FRIEDMAN

F&M TOOL & PLASTICS, INC.,

    Defendant.
_____/

## **ORDER**

On March 7, 2016, this matter came before the Court on defendant's "motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, to transfer pursuant to 28 U.S.C. § 1404(a) [docket entry 11]. For the reasons stated on the record,

IT IS ORDERED that defendant's motion to transfer venue is granted. Pursuant to 28 U.S.C. § 1404(a), this matter shall be transferred to the U.S. District Court for the District of Massachusetts.

                                                    S/ Bernard A. Friedman
                                                    BERNARD A. FRIEDMAN
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Dated:  March 9, 2016
       Detroit, Michigan